UNITED STATES DISTRICT COURT

For the Southern

District of Texas

Houston Division

Dylan Wayne Gunnels ) Case No.
)
)
- v - )
)
)
)
D. Buston (H.C.S.O.) )
Ed Gonzalez (H.C.S.O.) )
All officers on scene (Cause #1697034)(#1697033)
Harris County, Texas

"Attached Caption"

United States Courts
Southern District of Texas
FILED
MAY 03 2021
Nathan Ochsner, Clerk of Court

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Dylan W. Gunnels
SPN: 02678412 Cell: 3B2
Street: 701 N. San Jacinto
HOUSTON, TEXAS 77002

aramark

**INDIGENT**
Legal Mail

United States Courts
Southern District of Texas
FILED
MAY 03 2021
Nathan Ochsner, Clerk of Court

David Bradley
Clerk of Courts
P.O. Box 61010
Houston, TX 77208

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 4W
0000368784 $ 001.60°
APR 30 2021